1  ALAYA B. MEYERS, Bar No. 199551
   LITTLER MENDELSON
2  A Professional Corporation
   2050 Main Street
3  Suite 900
   Irvine, CA 92614
4  Telephone: 949.705.3000
   Facsimile: 949.724.1201
5  E-mail: ameyers@littler.com

6  Attorneys for Defendants SMART CITY
   NETWORKS, LP, PATRICK FLANAGAN, and
7  KEVIN PATCH

8  WALTER L. HAINES, Bar No. 71075
   ANGIE PHUNG, Bar No. 238949
9  UNITED EMPLOYEES LAW GROUP, P.C.
   65 Pine Ave. #312
10 Long Beach, CA 90802
   Telephone: 562.256.1047
11 Facsimile: 562.256.1006

12 Attorneys for Plaintiff GEORGE JONES

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 30 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 X
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GEORGE JONES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SMART CITY NETWORKS, LP; A Florida LP doing business in California; PATRICK FLANAGAN; KEVIN PATCH, individuals and DOES 1-25,<br><br>Defendants. | Case No. SACV08-00281 CJC (MLGx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE CORMAC J. CARNEY<br><br>[PROPOSED] ORDER DISMISSING THE CASE WITH PREJUDICE<br><br>Complaint Filed: February 8, 2008<br>(Orange County Superior Court) |
|---|---|

LITTLER MENDELSON
PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

| | |
|---|---|
| GEORGE JONES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SMART CITY NETWORKS, LP; A Florida LP doing business in California; PATRICK FLANAGAN; KEVIN PATCH, individuals and DOES 1-25,<br><br>Defendants. | Case No. SACV08-00281 CJC (MLGx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE CORMAC J. CARNEY<br><br>**ORDER DISMISSING THE CASE WITH PREJUDICE**<br><br>Complaint Filed: February 8, 2008 (Orange County Superior Court) |

Based on the parties' Joint Stipulation to Dismiss Case With Prejudice, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

This entire action shall be, and hereby is, dismissed **with prejudice** pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs in this action.

**IT IS SO ORDERED.**

Dated: June 29, 2009

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

TTLER MENDELSON
PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

2